United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Vaibhav Grover, et al.                    ,

Plaintiff(s),

v.

Joseph B. Edlow, Director, USCIS,

Defendant.

Case No. 3:26-cv-02697-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Matthew T. Galati          , an active member in good standing of the bar of the Supreme Court of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: All Plaintiffs            in the above-entitled action. My local co-counsel in this case is Curtis Lee Morrison          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 321106          .

8080 Old York Road, Suite 204, Elkins Park, PA 19027

MY ADDRESS OF RECORD

(215) 309-1728

MY TELEPHONE # OF RECORD

matt@galati.law

MY EMAIL ADDRESS OF RECORD

5256 S. Mission Road, Ste. 135, Bonsall, CA 92003

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(714) 661-3446

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

curtis@redeaglelaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 312013        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2       times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/10/2026                                    Matthew T. Galati
                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Matthew T. Galati         is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 11, 2026

                                                     UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                2