Matthew T. Galati, Esq. (PA BN 312013)
matt@galati.law
THE GALATI LAW FIRM, LLC
8080 Old York Road, Suite 204
Elkins Park, PA 19027
Tel: (215) 309-1728
*Lead Attorney, Appearing Pro Hac Vice*

Curtis Lee Morrison, Esq. (CA BN 321106)
curtis@redeaglelaw.com
RED EAGLE LAW, L.C.
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Tel: (714) 661-3446
*Local Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Vaibhav Grover, *et al.*, | **Case No.**: 3:26-cv-02697-TSH |
| Plaintiffs, | **STIPULATION TO EXTEND TIME WITHIN WHICH PLAINTIFFS MUST FILE AN OPPOSITION AND ORDER** |
| v. | |
| Joseph B. Edlow, Director, United States Citizenship and Immigration Services, | The Honorable Thomas S. Hixson |
| Defendant. | |

Stip. to Extend Time
No 3:26-cv-02697-TSH

**STIPULATION TO EXTEND TIME**

**WITHIN WHICH PLAINTIFFS MUST FILE AN OPPOSITION**

Plaintiffs, by and through their attorney of record, and Defendant, by and through his attorney of record, hereby stipulate to a 6-day extension of time within which the Plaintiffs may oppose Defendant's motion to dismiss. Plaintiffs may file their opposition by June 22, 2026.

If granted, the parties further stipulate to a 7-day extension of time within which the Defendant may reply to the Plaintiffs' Opposition to Defendant's motion to dismiss. Defendant may file his reply by June 29, 2026.

Good cause exists for the extensions in time. Lead Counsel for Plaintiffs is attending a conference for the American Immigration Lawyers Association, a major national immigration law conference. Lead Counsel will complete and submit the filing during the conference, no later than Sunday, June 21, 2026. This request is made in good faith and not for purposes of delay. Lead Counsel has conferred with Opposing Counsel, who has stipulated to the extension.

**SO STIPULATED.**

Stip. to Extend Time
No 3:26-cv-02697-TSH

1

Respectfully submitted,

Dated: June 16, 2026

/s/ Matthew T. Galati, Esq.
Matthew T. Galati
THE GALATI LAW FIRM, LLC
8080 Old York Road
Suite 204
Elkins Park, PA 19027
Phone: (215) 309-1728
Email: matt@galati.law
Bar No. 312013 (Pennsylvania)
Lead Counsel
Appearing Pro Hac Vice

/s/ Curtis Lee Morrison.
Curtis Lee Morrison, Esq.
(CA BN 321106)
RED EAGLE LAW, L.C.
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Tel: (714) 661-3446
Email: curist@redaglelaw.com
Local Counsel

/s/ Molly Friend
Molly Friend
Assistant United States Attorney
U.S. Attorney's Office, Northern District of
California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7177
Email: molly.friend@usdoj.gov

Attorney for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Plaintiffs' Opposition is due June 22, 2026. Defendant's reply is due June 29, 2026.

IT IS SO ORDERED.

Date: June 16, 2026.

THOMAS S. HIXSON
United States Magistrate Judge

Stip. to Extend Time
No 3:26-cv-02697-TSH

3